Thomas Flores
1690 Ala Moana Boulevard #1102
Honolulu, Hawaii 96815
(808) 940-7881
Floreseeoc@gmail.com

**ORIGINAL**

cc: KJM/PLAINTIFF

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2021

at 11 o'clock and 54 min. PM
MICHELLE RYNNE, CLERK JT
IFP SUBMITTED

Mailed On
Date MAY 1 2 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Thomas P. Flores II ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No: CV21 00227 KJM |
| vs. ) | |
| ) | Cover Sheet: Employment Discrimination |
| Safeway Inc. ) | Complaint and Summons (EEO1) |
| ) | |
| & ) | |
| ) | |
| Safeway Hawaii Workers Comp ) | |
| ) | |
| Defendant(s), ) | |
| ) | |
| _____ ) | |

RECEIVED BY OVERNIGHT FILING

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAY 11 2021  11:59PM

DISTRICT OF HAWAII  JT

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

Thomas P. Flores II
NAME
1690 Ala Moana Boulevard #1102
MAILING ADDRESS
Honolulu, Hawaii, 96815
CITY, STATE, ZIP CODE
(808) 940-7881
TELEPHONE NUMBER
Floreseeoc@gmail.com
FACSIMILE AND EMAIL (if applicable)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Thomas Patrick Flores II  )   CIVIL NO. CV21 00227 KJM
                          )
                          )   EMPLOYMENT DISCRIMINATION
                          )   COMPLAINT
           Plaintiff,     )
                          )
       vs.                )   Jury Trail:  [X] Yes   [ ] No
Safeway Inc.              )
      &                   )
Safeway Hawaii Workers Comp )
                          )
           Defendant(s),  )
                          )

1. Plaintiff resides at:

   Address:  1690 Ala Moana Boulevard #1102

   City, State & Zip Code   Honolulu, Hawaii, 96815

   Phone number:   (808) 940-7881

2. Defendant is located at:

   Address:   Place Incorporated: Delaware, United States

   City, State & Zip Code    Address not known

   Agent Name: The Corporation Company, Inc.
   Agent Address: 1136 Union Mall STE 301
   Honolulu, Hawaii 96813

EEO 1 - Page1

USDC MAY 11 '21 11:54AM

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.   This acts complained of in this suit concern:

- A. [X] Failure to employ me. In terms of work for wages
- B. [ ] Termination of my employment
- C. [X] Failure to promote me.
- D. [X] Other acts as specified below:

Safeway Inc. states they cannot find work for Plaintiff.

Safeway Inc. is clearly retaliating and discriminating against Plaintiff for filing workers compensation claim.

Safeway Inc. is clearly retaliating and discriminating against Plaintiff for filing EEOC complaint.

Safeway Inc. has discriminated against Plaintiff by not giving proper consideration for available job opportunities.

Safeway Inc. has discriminated against Plaintiff by allowing female employees to wear earrings during work and not allowing Plaintiff the equal opportunity

Safeway Inc. has discriminated against Plaintiff by falsely accusing Plaintiff.

Safeway Inc. has intentionally, maliciously, and recklessly discriminated against Plaintiff.   Safeway Inc. is violating Plaintiffs 14th amendment right, section 1.

Safeway Inc. has discriminated against Plaintiff by allowing a female employee of a different race to view the video surveillance of her injury taking place, but did not allow Plaintiff.

Safeway Inc. discriminated against Plaintiff by calling Plaintiff a piece of shit and and preventing Plaintiff from shopping.

EEO 1 - Page2

5.  Defendant's conduct is discriminatory with respect to the following:

    A. [X]  My race or color.

    B. [ ]  My religion.

    C. [X]  My sex.

    D. [X]  My national origin.

    E. [X]  Other acts as specified below:

    Safeway Inc. is violating Plaintiff's 14th amendment right, Section 1.

6.  The basic facts surrounding my claim of discrimination are:

    There are witnesses who must testify. The Employer has video surveillance of certain incidents, which took place. Plaintiff has evidence considered to be a genuine issue of material fact that Plaintiff would like to present to a jury.

    Plaintiff is in need of due process.

EEO 1 - Page 3

Plaintiff was hired on October 22, 2018 and passed the mandatory 60-day probationary period. On several occasions within the probationary period Plaintiff endured on going harrasment and, or discrimination, which transpired to being physically attacked at work on October 5, 2018, putting Plaintiff under duress. Until, this day May 10, 2021, Safeway Inc. has continued to discriminate against Plaintiff by using unfair business practices and decptive tactics to prevent transparency in light of justice.

7. The alleged discrimination occurred on or about ___On going___.
(Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about ___6/11/2020___.
(Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Plaintiff prays that the Court grant such relief that may be appropriate including, puntative damages, a job within work restrictions, and a Court order ordering the Employer stop all discriminatory practices and take steps to prevent discrimination in the future.         Dated: ___May 11, 2021___

_____
Signature of Plaintiff

Thomas P. Flores II
_____
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*

EEO 1 - Page4